UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA,<br><br>      Plaintiff,<br><br>  -against-<br><br>XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO L. HUANG, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, FEI Y. LU, YONGCHAN ZHANG, YU HOU QU, CAI QIN XIE, MEI LEE, and JOHN and JANE DOES 1–100,<br><br>      Defendants. | Civil Case No. 22-cv-10716<br><br>[~~PROPOSED~~] **UNSEALING ORDER** |

  **WHEREAS**, on December 16, 2022, Plaintiff Christian Dior Couture SA ("Christian Dior") moved to file a new civil action under seal on the basis that it was seeking, *inter alia*, (1) an *ex parte* temporary restraining order pursuant to pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65(b), and (2) an order authorizing an *ex parte* seizure pursuant to 15 U.S.C. § 1116(d) (the "*Ex Parte* Application");

  **WHEREAS**, on December 19, 2022, Judge John P. Cronan, ordered that the action may be filed under seal provisionally, without prejudice to the order being reconsidered by the District Court judge to whom the matter is assigned;

  **WHEREAS**, on December 21, 2022, Christian Dior commenced the action under seal and filed its *Ex Parte* Application;

  **WHEREAS**, on January 4, 2023, this Court granted the *Ex Parte* Application and ordered that, pending the hearing of Christian Dior's motion or service on all Defendants, the Clerk of this Court is to keep and maintain under seal all papers filed herein;

WHEREAS, on January 12, 2023, Christian Dior, accompanied by its attorneys, investigators, and the New York City Police Department, executed the seizure authorized by the Court's January 4 Order;

WHEREAS, there is no further reason to maintain this action under seal;

**IT IS HEREBY ORDERED THAT**, the Clerk is directed to unseal this action and all prior filings.

**SO ORDERED**, this day of ~~January~~ Feb 1, 2023.

_____
Hon. Alvin K. Hellerstein, U.S.D.J.