UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA,<br><br>                      Plaintiff,<br><br>-against-<br><br>XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO L. HUANG, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, FEI Y. LU, YONGCHAN ZHANG, YU HOU QU, CAI QIN XIE, MEI LEE, and JOHN and JANE DOES 1–100,<br><br>                      Defendants. | Civil Case No. 22-cv-10716<br><br>**ORDER GRANTING PLAINTIFF CHRISTIAN DIOR COUTURE SA LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

      **WHEREAS**, on December 21, 2022, Plaintiff Christian Dior Couture SA ("Christian Dior") commenced this action under seal and sought the entry of (1) an *ex parte* temporary restraining order pursuant to pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P. 65(b), (2) an order authorizing an *ex parte* seizure pursuant to 15 U.S.C. § 1116(d); (3) an order granting leave for Christian Dior to take expedited discovery pursuant to Fed. R. Civ. P. 26(d); and (4) an order to show cause why a preliminary injunction should not issue pursuant to 15 U.S.C. § 1116, 15 U.S.C. § 1125(c)(1), N.Y. Gen. Bus. Law § 360-l, and Fed. R. Civ. P. 65(a) (collectively, the "Application");

      **WHEREAS**, on January 4, 2023, the Court granted Christian Dior's Application and entered an *Ex Parte* Temporary Restraining Order, Order Authorizing *Ex Parte* Seizure and Expedited Discovery, and Order to Show Cause for a Preliminary Injunction;

      **WHEREAS**, on January 12, 2023, Christian Dior, accompanied by its attorneys, investigators, and the New York City Police Department, executed the seizure authorized by the Court's January 4 Order and seized thousands of items;

**WHEREAS**, on January 17, 2023, after Christian Dior discovered the identities of additional John and Jane Doe Defendants during the seizure, Christian Dior filed a First Amended Complaint as of right, which named additional Defendants;

**WHEREAS**, on January 18, 2023, counsel for Christian Dior and several Defendants attended the Order to Show Cause hearing for the proposed Preliminary Injunction, and the individual who Christian Dior believed to be Defendant "Mei Lee" appeared *pro se* and identified herself as "Li Li Wang";

**WHEREAS**, upon further investigation, investigators for Christian Dior confirmed Defendant Mei Lee's identity as "Xiaoliu Wang a/k/a Li Li Wang";

**WHEREAS**, upon preparing an inventory of the items seized on January 12, investigators for Christian Dior discovered that, in addition to the products bearing Christian Dior's trademarks, many of the items included trademarks owned by Louis Vuitton Malletier ("Louis Vuitton");

**WHEREAS**, Christian Dior and Louis Vuitton are both part of the LVMH Moët Hennessy Louis Vuitton luxury group;

**WHEREAS**, Louis Vuitton seeks to join this action to protect its famous trademarks and prevent further counterfeiting of same by Defendants;

**WHEREAS**, on January 31, 2023, Christian Dior sought leave of Court pursuant to Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 21 to file a proposed Second Amended Complaint, annexed to the Declaration of Robert M. Wasnofski, Jr. as Exhibit 1, which names Louis Vuitton as an additional plaintiff and corrects the name of Defendant "Mei Lee" to "Xiaoliu Wang a/k/a Li Li Wang";

**WHEREAS**, Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that leave to amend "should be freely given when justice so requires";

**WHEREAS**, Rule 21 of the Federal Rules of Civil Procedure provides that courts "may at any time, on just terms, add or drop a party";

**WHEREAS**, the Court, having considered Christian Dior's motion seeking leave to file a proposed Second Amended Complaint, and good cause being shown therefor:

**IT IS HEREBY ORDERED THAT**, Christian Dior may file the proposed Second Amended Complaint in this action.

**SO ORDERED**, this day of February __2__, 2023.

                /s/ Alvin K. Hellerstein
                  Hon. Alvin K. Hellerstein, U.S.D.J.