JUDGE HELLERSTEIN

**22 CV 10716**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA, <br><br> Plaintiff, <br><br> -against- <br><br> XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO LIN HAN, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, and JOHN and JANE DOES 1–100, <br><br> Defendants. | Civil Case No. 22 Misc. 360 (JPC) <br><br> [PROPOSED] ORDER TO FILE CIVIL CASE UNDER SEAL <br><br> FILED UNDER SEAL |

Plaintiff Christian Dior Couture SA ("Plaintiff"), having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal provisionally. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. This order is without prejudice to it being reconsidered by the District Court judge to whom the matter is assigned.

The Clerk is directed to restrict access to this Order to the selected party viewing level and close this case.

Dated: December 19, 2022
New York, NY

SO ORDERED:

_____
United States District Court Judge