UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
CHRISTIAN DIOR COUTURE, ET AL.,  :
        Plaintiff(s) :
        -v- : **SCHEDULING ORDER**
  : 22 Civ. 10716 (AKH)
XIAOLE LIN, ET AL., :
        Defendant(s). :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The hearing on the Order to Show Cause scheduled for July 18, 2023, is adjourned to July 26, 2023 at 10:30 a.m. in Courtroom 14D, 500 Pearl Street, New York, NY 10007.

        The parties are ordered to appear for a status conference on July 21, 2023, at 10:00 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than June 19, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all

counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:      July 17, 2023                  //S//
             New York, New York     ALVIN K. HELLERSTEIN
                                            United States District Judge