UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA and LOUIS VUITTON MALLETIER,<br><br>                    Plaintiffs,<br><br>           -against-<br><br>XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO L. HUANG, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, FEI Y. LU, YONGCHAN ZHANG, YU HOU QU, CAI QIN XIE, XIAOLIU WANG a/k/a LI LI WANG, and JOHN and JANE DOES 1–100,<br><br>                    Defendants. | Civil Case No. 22-cv-10716<br><br>**SCHEDULING ORDER** |

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of the pending motions, the status conference scheduled for July 21, 2023 is adjourned indefinitely. A new date for the status conference will be set in the Court's decisions on the pending motions.

SO ORDERED.

Dated:   July 20, 2023                          ___/s/ Alvin Hellerstein_____
         New York, New York                    ALVIN K. HELLERSTEIN
                                                United States District Judge