UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA and LOUIS VUITTON MALLETIER,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO L. HUANG, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, FEI Y. LU, YONGCHAN ZHANG, YU HOU QU, CAI QIN XIE, XIAOLIU WANG a/k/a LI LI WANG, and JOHN and JANE DOES 1–100,<br><br>                    Defendants. | Civil Case No. 22-cv-10716 |

## ORDER SCHEDULING DEPOSITIONS

**WHEREAS,** plaintiffs Christian Dior Couture SA and Louis Vuitton Malletier (collectively, "Plaintiffs") alleged that the above-captioned defendants engaged in trademark counterfeiting and infringement, dilution, false designation of origin, unfair competition, and passing off, and injury to business reputation in the operative Second Amended Complaint in violation of federal and New York law;

**WHEREAS,** Plaintiffs previously noticed the depositions of certain defendants who have appeared in this action, including Xiaole Lin, Xiaowei Gao, Xingyun Hu, Guo L. Huang, Fei Y. Lu, Yu Hou Qu, and Cai Qin Xie, to give sworn testimony regarding the facts, allegations, claims, and defenses in this action;

**WHEREAS**, Defendants Xiaole Lin and Xiaowei Gao failed to appear for their scheduled depositions and Plaintiffs filed a motion for sanctions pursuant to Fed. R. Civ. P. 37(d) (see ECF No. 127);

**WHEREAS**, counsel for Plaintiffs, counsel for Defendants Xiaole Lin, Xiaowei Gao, Xingyun Hu, Guo L. Huang, Fei Y. Lu, Yu Hou Qu, Cai Qin Xie, and Xiaoliu Wang, and Defendants Shun Miao Ding, Ming Li, and Yongchan Zhang (collectively, the "Appearing Parties"), appeared at a hearing before the Court on July 26, 2023 at 10:30am;

**WHEREAS**, during the hearing, the Appearing Parties orally stipulated and agreed to the following deposition schedule and the Court so-ordered same on the record;

**NOW THEREFOR, IT IS HEREBY ORDERED**, as follows:

1. Defendant Fei Y. Lu shall appear for her deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on July 31, 2023 at 10:00 a.m.;

2. Defendant Guo L. Huang shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on July 31, 2023 at 2:00 p.m.;

3. Defendant Xingyun Hu shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 1, 2023 at 10:00 a.m.;

4. Defendant Yu Hou Qu shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 1, 2023 at 2:00 p.m.;

5. Defendant Cai Qin Xie shall appear for her deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 4, 2023 at 10:00 a.m.;

6. Defendant Xiaoliu Wang shall appear for her deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 4, 2023 at 2:00 p.m.;

7. Defendant Xiaole Lin shall appear for her deposition at her counsel's office (38-08 Union Street, Suite 9A, Flushing, NY 11354) on August 7, 2023 at 10:00 a.m.;

8. Defendant Xiaowei Gao shall appear for her deposition at her counsel's office (38-08 Union Street, Suite 9A, Flushing, NY 11354) on August 7, 2023 at 2:00 p.m.;

9. Defendant Ming Li shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 8, 2023 at 10:00 a.m.;

10. Defendant Yongchan Zhang shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 8, 2023 at 2:00 p.m.;

11. Defendant Shun Miao Ding shall appear for his deposition at Dentons' New York Midtown office (1221 Avenue of the Americas, Floor 25, New York, NY 10020) on August 9, 2023 at 10:00 a.m.

Dated: July 27, 2023
New York, New York

SO ORDERED:

/s/ Alvin Hellerstein
Alvin K. Hellerstein, U.S.D.J.