UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CHRISTIAN DIOR COUTURE SA and LOUIS VUITTON MALLETIER,

                    Plaintiffs,

-against-

XIAOLE LIN, et al.,

                    Defendants.
------------------------------------------------------------- x

**ORDER**

22 Civ. 10716 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons discussed during the status conference held on July 26, 2023, Plaintiffs' motion for sanctions is denied. The Clerk of Court shall terminate the open motion at ECF No. 127.

        SO ORDERED.

Dated:    August 24, 2023
             New York, New York

/s/ Alvin Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge