UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
CHRISTIAN DIOR COUTURE SA and LOUIS      :
VUITTON MALLETIER,                       :
                                         :   ORDER
                         Plaintiffs,     :
                                         :   22 Civ. 10716 (AKH)
     -against-                           :
                                         :
                                         :
                                         :
XIAOLE LIN, et al.,                      :
                                         :
                         Defendants.     :
                                         :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

In order to substantiate the Plaintiffs' claims for statutory damages, the Court wishes to know if the following facts or reasonable estimates are available, pursuant to the factors courts consider in Copyright Act cases (*see Union of Orthodox Jewish Congregations of Am. v. Am. Food & Bev. Inc.*, 704 F. Supp. 2d 288, 291 (S.D.N.Y. 2010)):

- The selling price of the counterfeit goods; minus

- The market price for authentic goods that a seller would otherwise have to pay; times

- The volume of goods (can be estimated, but it appears from the briefing that actual numbers have been obtained) in order to calculate "the expenses saved and the profits reaped" by the sellers.  *See id*.

SO ORDERED.

Dated:    7/16/24                          ___/s/ Alvin K. Hellerstein
          New York, New York               ALVIN K. HELLERSTEIN
                                           United States District Judge