UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN DIOR COUTURE SA and LOUIS VUITTON MALLETIER,<br><br>                              Plaintiffs,<br><br>    -against-<br><br>XIAOLE LIN, TIMI GIFT SHOP, INC., SHUN MIAO DING, GUO L. HUANG, XIAOWEI GAO, XINGYUN HU, MING LI, XIUQIAN CHI, FEI Y. LU, YONGCHAN ZHANG, YU HOU QU, CAI QIN XIE, XIAOLIU WANG a/k/a LI LI WANG, and JOHN and JANE DOES 1–100,<br><br>                              Defendants. | Civil Case No. 22-cv-10716<br><br>This motion is denied as moot, the Clerk of Court shall terminate ECF No. 179.<br><br>SO ORDERED.<br><br>Dated: 7/16/24      /s/ Alvin K. Hellerstein<br>New York, New York   Alvin K. Hellerstein<br>                           United States District Judge |

**NOTICE OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT XIAOLE LIN'S OPPOSITION AND, ALTERNATIVELY, FOR A THREE-DAY EXTENSION OF PLAINTIFFS' DEADLINE TO FILE A REPLY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Plaintiffs Christian Dior Couture SA and Louis Vuitton Malletier (collectively, "Plaintiffs"), by and through their undersigned counsel, move this Court before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, Courtroom 14D, New York, NY 10007-1312, for an order, pursuant to Fed. R. Civ. P. 16(f), striking Defendant Xiaole Lin's untimely opposition to Plaintiffs' motion for summary judgment and statutory damages; alternatively, for an order, pursuant to Fed. R. Civ. P. 6(b), for a three-day extension of time for Plaintiffs to submit a reply in further support of their motion for summary judgment and statutory damages; and any such other and further relief as the Court deems just and proper.

2

Dated: New York, New York            Respectfully submitted,
      December 12, 2023

                                  By:    /s/ Robert M. Wasnofski, Jr.
                                        Robert M. Wasnofski, Jr.
                                        Sara Gates
                                        DENTONS US LLP
                                        1221 Avenue of the Americas
                                        New York, New York 10020
                                        Tel.: (212) 768-6748
                                        Fax: (212) 768 6800
                                        robert.wasnofski@dentons.com
                                        sara.gates@dentons.com

                                        *Attorneys for Plaintiffs Christian Dior*
                                        *Couture SA and Louis Vuitton Malletier*

2